# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00121-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JULIO CESAR GUZMAN CONZALEZ,

      Defendant.

---

## MINUTE ORDER[1]

---

The court received a telephone call from the parties advising the court that they had reached a disposition in this case. A change of plea hearing was tentatively set for April 23, 2010, at 3:00 p.m. A Notice of Disposition was filed on March 25, 2010, indicating that the parties had cleared this date and time with the court. However, due to a conflict on the court's calendar, which was inadvertently missed, the time previously reserved for the change of plea will not work.

**THEREFORE, IT IS ORDERED** as follows:

1. That the date and time requested by the defendant in his **Notice of Disposition and Motion Requesting Change of Plea Hearing** [#11] filed March 25, 2010, is **DENIED**;

2. That on **March 29, 2010**, commencing at 10:30 a.m., the court shall conduct a telephonic setting conference to find a new date and time for a change of plea hearing; and

3. That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

Dated: March 25, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.