## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Criminal Case No. 10-cr-00121-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JULIO CESAR GUZMAN CONZALEZ,

    Defendant.

---

## MINUTE ORDER[1]

---

On March 29, 2010, counsel appeared in chambers to set the change of plea hearing in this matter. After conferring with counsel, and with their consent,

**IT IS ORDERED** as follows:

1. That a change of plea hearing shall be held on **May 28, 2010**, commencing at 11:00 a.m.; and

2. That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

Dated: March 29, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.